William Shalala, Appellant, v. Haddock Mining Company and Plymouth Coal Company, Respondents. (Appeal No. 2.) — Order affirmed, with ten

dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.